# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANITA POTTS, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 3:16-CV-1439 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| ALPHA RECOVERY CORPORATION, | : | |
| | : | |
|     Defendant | : | |

## ORDER

**AND NOW, ON THIS 1ST DAY OF NOVEMBER, 2016**, upon consideration of Plaintiff's notice of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), (Doc. 6), **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED** with prejudice.

2. The Clerk of Court is directed to **CLOSE** this case.

    /s/ William J. Nealon
    **United States District Judge**